Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>   vs.<br><br>MOHAMED M. NAGI, individually and dba LA BUENA MARKET,<br><br>   Defendant. | No.  1:13-cv-01146-GSA<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff Ronald Moore ("Plaintiff") seeks to amend his complaint to allege additional barriers relating to his disability which were identified at the site inspection of the subject property conducted on December 20, 2013, as permitted by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 944 (9th Cir. 2011), and required by *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendant, Mohamed M. Nagi, individually and dba La Buena Market ("Defendant"), nor does the amendment in any way change the nature of the action;

**WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated November 14, 2013 (ECF No. 16) pursuant to Fed. R. Civ. P. 16(b)(4);

1 **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  December 23, 2013                MOORE LAW FIRM, P.C.


                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore, Attorneys for Plaintiff
                                         Ronald Moore

Dated:  January 6, 2014                  JAMES M. MAKASIAN, A.P.C.


                                         */s/ James M. Makasian*
                                         James M. Makasian, Attorneys for Defendant
                                         Mohamed M. Nagi, individually and dba
                                         La Buena Market

///

///

///

///

///

///

///

///

///

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **January 9, 2014**                             /s/ Gary S. Austin
                                                     UNITED STATES MAGISTRATE JUDGE