UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, ) | No.  1:13-cv-01146-GSA |
| Plaintiff, ) | ORDER DISMISSING ACTION |
| vs. ) | |
| MOHAMED M. NAGI, individually and dba ) | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE |
| LA BUENA MARKET, et al., ) | |
| Defendants. ) | |

Pursuant to the stipulation of dismissal filed on March 20, 2014, by Plaintiff, Ronald Moore and Defendant Mohamed M. Nagi, individually and dba La Buena Market (Doc. 21), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 21, 2014**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE